AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  LIMBAUGH, STEPHEN N | 2. Court or Organization  U.S. District Court-E.D.Mo. | 3. Date of Report  5/10/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time).  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address  Thomas F. Eagleton U.S. Cthous 111 S. Tenth Street, Rm. 3.125 St. Louis, MO. 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS, *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 11: 10

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) I entity of buyer/seller (if private transaction) |
| 1. Lands, Inc. | | None | K | W | | | | | |
| 2. Coker Knob Tree Farm (1/3%) | | None | K | W | | | | | |
| 3. William Jewell College Municipal Bonds | A | Interest | | | Sell | 10/24 | K | | |
| 4. St. Louis, Mo. Water Revenue Bonds | A | Interest | | | Sell | 7/1 | K | | |
| 5. Missouri Environmental Bonds | A | Interest | J | T | | | | | |
| 6. Bank of America Savings Account | A | Interest | J | T | | | | | |
| 7. Wentzville, Mo. School Bonds | A | Interest | | | Sell | 3/1 | J | | |
| 8. AG Edwards Money Market | B | Interest | K | T | | | | | |
| 9. Montgomery First Natl Bk. | A | Interest | J | T | | | | | |
| 10. Mo. Home Ownership Bonds | A | Interest | K | T | Buy | 7/22 | K | | |
| 11. Twenty Grand Syndicate | | | | | | | | | |
|    a. MBNA | A | Dividend | | | Sell | 4/19 | J | | |
|    b. Engineered Support Systems | A | Dividend | | | Sell | 7/19 | J | | |
|    c. Commerce Bank- ▉ shares | A | Dividend | | | Sell | 4/19 | K | | |
|    d. Regional Financial Ins. Trust | A | Dividend | | | Sell | 5/17 | J | | |
|    . e. Commerce Bank - ▉ shares | A | Dividend | K | T | | | | | |
|    . f. Constellation Brands - ▉ shares | A | Dividend | | | Sell | 9/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| g. Walgreens shares | A | Dividend | K | T | | | | | |
| h. Interstate Bakeries | | None | | | Sell | 11/18 | J | | |
| i. Dow Chemical Co. | A | Dividend | | | Sell | 12/20 | J | | |
| j. Devon Energy Corp. | A | Dividend | | | Sell | 7/19 | K | | |
| k. Disney Co. | A | Dividend | | | Sell | 9/20 | J | | |
| l. Southwest Bank | | None | J | T | | | | | |
| m. Stifel Nicolas Money Mkt. | A | Interest | J | T | | | | | |
| n. J.B. Hunt Trans. Serv. | A | Dividend | J | T | Buy | 3/15 | J | | |
| o. J.B. Hunt Trans. Serv. | A | Dividend | | | Sell | 9/20 | J | | |
| p. Dell, Inc. shares | A | Dividend | J | T | Buy | 7/19 | J | | |
| q. Dell, Inc. shares | A | Dividend | | | Sell | 11/18 | J | | |
| r. Dell, Inc. - shares | A | Dividend | J | T | Buy | 9/20 | J | | |
| s. Dell, Inc. - shares | A | Dividend | | | Sell | 11/18 | J | | |
| t. United Healthcare - shares | A | Dividend | K | T | Buy | 1/18 | K | | |
| u. Cimarex Energy Co. - shares | A | Dividend | J | T | Buy | 1/18 | J | | |
| v. Cimarex Energy Co. - shares | A | Dividend | J | T | Buy | 7/19 | J | | |
| w. Getty Images Inc. - shares | A | Dividend | J | T | Buy | 4/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| . x. Getty Images, Inc. - shares | A | Dividend | J | T | Buy | 12/20 | J | | |
| . y. Genentech, Inc. shares | A | Dividend | J | T | Buy | 4/19 | J | | |
| . z. Genentech, Inc. - shares | A | Dividend | J | T | Buy | 6/21 | J | | |
| . aa. Qualcomm shares | A | Dividend | J | T | Buy | 5/17 | J | | |
| . bb. Qualcomm - ares | A | Dividend | J | T | Buy | 9/20 | J | | |
| . cc. Qualcomm - shares | A | Dividend | J | T | Buy | 10/18 | J | | |
| . dd. BHP Billiton Ltd. - hares | A | Dividend | J | T | Buy | 7/19 | J | | |
| . ee. BHP Billiton Ltd. - ares | A | Dividend | J | T | Buy | 10/18 | J | | |
| ff. Corning, Inc. - shares | A | Dividend | J | T | Buy | 10/18 | J | | |
| gg. Microsoft Corp. - ares | A | Dividend | J | T | Buy | 11/18 | J | | |
| hh. Motorola, Inc. | A | Dividend | J | T | Buy | 12/20 | J | | |
| 12. Farewell Investment Syndicate | | | | | | | | | |
| a. Walgreens | A | Dividend | J | T | | | | | |
| . b. EMC | | None | J | T | | | | | |
| . c. Neogen | | None | | | Sell | 2/3 | J | | |
| d. RPM | | None | | | Sell | 9/1 | J | | |
| e. Home Depot | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| f. Pfizer | | None | | | Sell | 11/21 | J | | |
| g. Regis Corp. | | None | | | Sell | 6/3 | J | | |
| h. Gen. Maritime | | None | | | Sell | 3/3 | J | | |
| i. Bunge, Ltd. | | None | | | Sell | 9/1 | J | | |
| j. Microsoft | | None | | | Sell | 3/3 | J | | |
| k. Conoco Phillips - shares | A | Dividend | J | T | | | | | |
| l. Conoco Phillips - shares | A | Dividend | J | T | | | | | |
| m. 2 Berkshire Hathaway-CIB | A | Dividend | | | Sell | 3/31 | J | | |
| n. Johnson & Johnson - shares | A | Dividend | J | T | | | | | |
| o. Johnson & Johnson - shares | A | Dividend | J | T | | | | | |
| p. Interstate Bakeries - shares | | None | | | Sell | 9/1 | J | | |
| q. Interstate Bakeries - shares | | None | | | Sell | 10/6 | J | | |
| r. L-3 Communication | | None | J | T | | | | | |
| s. National City Corp. | | None | | | Sell | 10/6 | J | | |
| t. Schering Plough | A | Dividend | J | T | | | | | |
| u. J.C. Penney - shares | A | Dividend | J | T | | | | | |
| v. JC Penney - shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| . w. Nucor | A | Dividend | J | T | Buy | 1/31 | J | | |
| x. Nucor | A | Dividend | | | Sell | 6/30 | J | | |
| y. Harrahs Entertainment, Inc. | A | Dividend | J | T | Buy | 3/28 | J | | |
| z. Harrahs Entertainment, Inc. | A | Dividend | | | Sell | 8/28 | J | | |
| aa. Maverick Oil | | None | J | T | Buy | 4/29 | J | | |
| bb. Maverick Oil | | None | | | Sell | 11/21 | J | | |
| cc. Doral Financial Corp. | | None | J | T | Buy | 5/31 | J | | |
| dd. Doral Financial Corp. | | None | | | Sell | 11/03 | J | | |
| ee. Billiton Ltd. ████ hares | A | Dividend | J | T | Buy | 8/1 | J | | |
| ff. Billiton Ltd. ████ hares | A | Dividend | J | T | Buy | 8/29 | J | | |
| gg. Cimarex | A | Dividend | J | T | Buy | 1/31 | J | | |
| hh. Corning | A | Dividend | J | T | Buy | 10/3 | J | | |
| . ii. Dendreon | A | Dividend | J | T | Buy | 8/29 | J | | |
| . jj. Devon | A | Dividend | J | T | Buy | 1/31 | J | | |
| . kk. Devon | A | Dividend | J | T | Buy | 2/28 | J | | |
| . ll. Devon | A | Dividend | J | T | Buy | 8/1 | J | | |
| . mm. Fording Canadian Trust | A | Dividend | J | T | Buy | 10/3 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    V =Other    T =Cash Market
(See Column C2)    U =Book Value    S =Assessment    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| nn. Harrahs Entertainment | A | Dividend | J | T | Buy | 3/28 | J | | |
| oo. Harrahs Entertainment | A | Dividend | J | T | Buy | 6/27 | J | | |
| pp. Kerr-McGee | A | Dividend | J | T | Buy | 2/28 | J | | |
| qq. Lowes | A | Dividend | J | T | Buy | 8/29 | J | | |
| | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Exhibit A:

VII. Investments and Trusts:

1, Lands, Inc., A Missouri Corporation located in Cape Girardeau, Missouri. The main asset of the company is a farm located in Bollinger County, Missouri.

2. ███████████ Farm consists of timberland located north of the northern boundary of the City of Cape Girardeau, Missouri.

3. Number 11- a to hh on Schedule VII, are investment club assets in which the reporting person has a 1/24th interest. Number 31, a to qq on Schedule VII, are also investment club assets in which the reporting person has a 1/27th interest. The value of each security listed is the total value of the asset of which the undersigned has an interest. All of the assets listed in Schedule VII are owned by Trust No. 1.

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur[e]      Date _11 May 06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544